CASSIA CORPORATION, Appellant, *v.* NORTH HILLS HOLDING CORPORATION et al., Defendants, and BERNARD ROME et al., Respondents.

Argued June 3, 1953; decided July 14, 1953.

*Benjamin Heller* and *Isidore S. Jaffe* for appellant.

*Louis A. Rossano* for Bernard Rome and another, respondents.

*Harold Schaffner* for George Koehler and another, respondents.

Order affirmed, with costs (see *Bankers Trust Co.* v. *1 E. 88th St. Corp.,* 283 N. Y. 369). No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.